1  **LINCOLN, GUSTAFSON & CERCOS, LLP**
   **ATTORNEYS AT LAW**
2  **550 West "C" Street, Suite 1400**
   **San Diego, California 92101**
3  **(619) 233-1150/ Fax: (619) 233-6949**

4  THEODORE R. CERCOS, ESQ. (SBN 128732)
   tcercos@lgclawoffice.com
5  MONICA J. YOON, ESQ. (SBN 238256)
   myoon@lgclawoffice.com
6
   Attorneys for Defendant, TARGET CORPORATION
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  DENICE HENDERSON;                    ) Case No.: '20 CV2265 L    MSB
                                         )
12          Plaintiff,                   ) **DECLARATION OF THEODORE R.**
                                         ) **CERCOS IN SUPPORT OF**
13      vs.                              ) **DEFENDANT TARGET**
                                         ) **CORPORATION'S NOTICE OF**
14  TARGET CORPORATION; and              ) **REMOVAL OF ACTION UNDER 28**
    DOES 1-10, inclusive                 ) **U.S.C. § 1441(b) (DIVERSITY)**
15                                       )
                                         )
16          Defendants.                  )
                                         )

17       I, Theodore R. Cercos, declare as follows:

18       1.    I am an attorney duly licensed to practice law before all the courts of the

19  State of California and the Southern District of California. I am a partner in the law firm

20  of Lincoln, Gustafson & Cercos, LLP, attorneys of record for Defendant TARGET

21  CORPORATION (hereinafter, "Defendant" or "Target"). I am personally familiar with

22  the within stated facts and would and could testify based upon personal knowledge of

23  the same, and as to those facts stated on information and belief, I believe them to be true.

24       2.    A true and correct copy of the Complaint filed by Plaintiff Denice

25  Henderson (hereinafter, "Plaintiff") in the Superior Court of the State of California for

26  the County of San Diego, entitled *Denice Henderson v. Target Corporation*, Case

27  Number 37-2020-00035445-CU-PO-CTL, and served on Defendant on October 21,

28  2020 is attached hereto as Exhibit "A".

                              1

3.      A true and correct copy of the Summons that was served with the above-referenced Complaint on Defendant is attached hereto as Exhibit "B".

4.      On information and belief, Defendant was served with a copy of the Summons and Complaint on or about October 21, 2020.

5.      Defendant has not yet answered Plaintiff's Complaint.

6.      The amount in controversy is not stated in the Complaint.

7.      Plaintiff provided a pre-litigation settlement demand of $500,000.

8.      On information and belief, Plaintiff's claimed medical bills amount to at least $116,000.

9.      In a telephone conversation on or about November 18, 2020, Plaintiff's counsel confirmed to me that the amount in controversy in this case is in excess of $75,000. I informed Plaintiff's counsel of Defendant's intent to remove the case to Federal Court and Plaintiff's counsel did not object to removal.

10.     On information and belief, Plaintiff is, and at all times relevant herein was, a citizen of California.

11.     On information and belief, Defendant was and is a corporation incorporated under the laws of the State of Minnesota, having its principal place of business in the State of Minnesota, and is the only Defendant that has been served with the Summons and Complaint in this action.

12.     On information and belief, Defendant's corporate headquarters are located in the State of Minnesota, where the company's executive and administrative functions are performed.

13.     This Notice of Removal is filed less than one (1) year after the commencement of the action.

14.     This Notice of Removal is filed less than 30 days after Plaintiff's Complaint was served on Target.

15.     This Notice of Removal is filed less than 30 days after Plaintiff's counsel confirmed to me that Plaintiff is seeking damages in excess of $75,000 in this case.

2

DECLARATION IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL UNDER 28 USC § 1441(b)

16.     Defendant is serving a written notice of the removal to all adverse parties, including Plaintiff, and will file a copy of the notice with the clerk of the Superior Court of the State of California, County of San Diego, where this action is currently pending.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and if called upon to testify to the facts thereto, could and would do so competently.

Executed on November 20, 2020, in San Diego, California.

/s/Theodore R. Cercos
THEODORE R. CERCOS

DECLARATION IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL UNDER 28 USC § 1441(b)

.

# EXHIBIT A

10/21/20

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Daniel Petrov (SBN 254316) Christine Palcisko (SBN 297575)<br>Petrov Law Firm<br>1320 Columbia Street Suite 200<br>San Diego, CA 92101<br>TELEPHONE NO: 619.344.0360   FAX NO. *(Optional):* 619.377.7668<br>E-MAIL ADDRESS *(Optional):* daniel@petrovlawfirm.com<br>ATTORNEY FOR *(Name):* Plaintiff Denice Henderson | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**10/05/2020** at 02:04:26 PM<br>Clerk of the Superior Court<br>By Yvette Mapula, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SAN DIEGO**
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS: 330 W. Broadway
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Central

PLAINTIFF: Denice Henderson

DEFENDANT: Target Corporation

☒ DOES 1 TO 10

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| ☐ AMENDED *(Number):*<br>Type *(check all that apply):*<br>☐ MOTOR VEHICLE   ☒ OTHER *(specify):* Premises Liability; Negligence<br>  ☐ Property Damage   ☐ Wrongful Death<br>  ☒ Personal Injury   ☐ Other Damages *(specify):* | |
| Jurisdiction *(check all that apply):*<br>☐ ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded   ☐ does not exceed $10,000<br>                ☐ exceeds $10,000, but does not exceed $25,000<br>☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>  ☐ from limited to unlimited<br>  ☐ from unlimited to limited | 37-2020-00035445-CU-PO-CTL |

1. **Plaintiff** *(name or names):* Denice Henderson
   alleges causes of action against **defendant** *(name or names):* Target Corporation

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

PLD-PI-001

| SHORT TITLE:<br>Henderson v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ **except** defendant *(name):* Target Corporation
 (1) ☒ a business organization, form unknown
 (2) ☐ a corporation
 (3) ☐ an unincorporated entity *(describe):*

 (4) ☐ a public entity *(describe):*

 (5) ☐ other *(specify):*

c. ☐ **except** defendant *(name):*
 (1) ☐ a business organization, form unknown
 (2) ☐ a corporation
 (3) ☐ an unincorporated entity *(describe):*

 (4) ☐ a public entity *(describe):*

 (5) ☐ other *(specify):*

b. ☐ **except** defendant *(name):*
 (1) ☐ a business organization, form unknown
 (2) ☐ a corporation
 (3) ☐ an unincorporated entity *(describe):*

 (4) ☐ a public entity *(describe):*

 (5) ☐ other *(specify):*

d. ☐ **except** defendant *(name):*
 (1) ☐ a business organization, form unknown
 (2) ☐ a corporation
 (3) ☐ an unincorporated entity *(describe):*

 (4) ☐ a public entity *(describe):*

 (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
 a. ☒ Doe defendants *(specify Doe numbers):* 1 to 10 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
 b. ☒ Doe defendants *(specify Doe numbers):* 1 to 10 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
 a. ☐ at least one defendant now resides in its jurisdictional area.
 b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
 c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
 d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
 a. ☐ has complied with applicable claims statutes, **or**
 b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

American LegalNet, Inc.<br>www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE:<br>Henderson v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: October 5, 2020

Daniel Petrov
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(4)

| SHORT TITLE:<br>Henderson v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

One _____    **CAUSE OF ACTION—Premises Liability**    Page 4 _____
        (number)

ATTACHMENT TO   ☒ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Denice Henderson
        alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
        On *(date):* December 12, 2019        plaintiff was injured on the following premises in the following

        fashion *(description of premises and circumstances of injury):*
        Defendants negligently owner, maintained, managed and operated their premises by improperly leaving
        a tripping hazard in their Target store in Chula Vista, CA causing the Plaintiff to trip and fall and suffer
        serious injuries to her left leg/knee, requiring surgery.

Prem.L-2.  ☒   **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated
               the described premises were *(names):*
               Target Corporation

           ☒   Does 1 _____ to 10 _____

Prem.L-3.  ☒   **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
               or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
               *(names):*
               Target Corporation

           ☒   Does 1 _____ to 10 _____
               Plaintiff, a recreational user, was  ☐ an invited guest  ☐ a paying guest.

Prem.L-4.  ☐   **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
               on which a dangerous condition existed were *(names):*

           ☐   Does _____ to _____
           a. ☐   The defendant public entity had  ☐ actual  ☐ constructive notice of the existence of the
                   dangerous condition in sufficient time prior to the injury to have corrected it.
           b. ☐   The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☐   **Allegations about Other Defendants** The defendants who were the agents and employees of the
                 other defendants and acted within the scope of the agency were *(names):*

             ☐   Does _____ to _____
          b. ☐   The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
                 ☐ described in attachment Prem.L-5.b  ☐ as follows *(names):*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

# EXHIBIT B

10/21/20

1:15

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Target Corporation and DOES 1 to 10

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**10/05/2020** at 02:04:26 PM
Clerk of the Superior Court
By Yvette Mapula, Deputy Clerk

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Denice Henderson

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of San Diego, County of San Diego
330 W. Broadway
San Diego, CA 29101

**CASE NUMBER:**
*(Número del Caso):* 37-2020-00035445-CU-PO-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel Petrov Petrov Law Firm 1320 Columbia St. Suite 200 San Diego, CA 92101
619.344.0360

DATE: 10/06/2020
*(Fecha)*

Clerk, by _____ Y. Mapula _____ , Deputy
*(Secretario)*          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**[SEAL]**

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [X] on behalf of *(specify):* Target Corporation
   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [X] by personal delivery on *(date):* 10/21/20

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov